The **MASON AND DIXON LINES, IN-CORPORATED**, etc., Plaintiff,

v.

The **UNITED STATES** of America and the Interstate Commerce Commission, Defendants,

and

**ET & WNC Transportation Company,** Intervening Defendant.

No. 2018.

United States District Court E. D. Tennessee, Northeastern Division.

June 27, 1967.

in and is of the unanimous opinion that the findings and conclusions of the defendant Commission are supported by substantial evidence; that the Commission followed the standards prescribed in the Interstate Commerce Act, particularly sections 206(a) [49 U.S.C. § 306(a)] and 207(a) [49 U.S.C. § 307 (a)]; and that the Commission did not act arbitrarily and capriciously in making its findings and reaching its conclusions. Therefore, it hereby is

Ordered that the decision of the Commission and the report and order entered pursuant thereto is

Affirmed.

Clifford E. Sanders, Sanders, Moore & Stout, Kingsport, Tenn., for plaintiff.

John H. Reddy, U. S. Atty., Chattanooga, Tenn., for the United States.

John H. D. Wigger, Dept. of Justice, Washington, D. C., for I. C. C.

Russell R. Sage, and Robt. S. Burk, of Turney, Major, Sherfy & Sage, Washington, D. C., and James H. Epps, III, Johnson City, Tenn., for intervening defendant ET & WNC Transportation Co.

Before PHILLIPS, Circuit Judge, TAYLOR, Chief District Judge, and NEESE, District Judge.

### ORDER

PER CURIAM.

The Court has carefully reviewed the record,[1] briefs and oral arguments here-

---

1. The original error apparent in the record was the misconstruction by the hearing examiner of Transportation Activities, Brady Transfer & Storage Co., 47 M.C.C. 23 (1947), in which one member of the Operating Rights Review Board No. 1 of the defendant concurred. Division 1 of the defendant Commission, acting as an appellate division, however, corrected the misconstruction in a unanimous confirmation of the majority of the said Operating Rights Review Board.